IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ROSELIA SOTO GAMEZ,<br><br>Plaintiff,<br>v.<br><br>LP FOOD SERVICE, LLC, et al.<br><br>Defendants. | Civil Case No. 1:22-cv-00053-ADC |

## ORDER GRANTING JOINT MOTION FOR JUDICIAL APPROVAL OF SETTLEMENT AND DISMISSAL WITH PREJUDICE

Upon consideration of the Parties' Joint Motion for Judicial Approval of Settlement and Dismissal With Prejudice filed by Plaintiff Roselia Soto Gamez and Defendants LP Food Service, LLC, Hunt Valley GT, LLC, Neo Columbia, LLC, Leho E. Poldmae, and Jerome Edward Mazurowski, (collectively the "Parties"), the Court hereby **GRANTS** the Motion and approves the settlement between the Parties based on the following findings:

1.  The Parties have provided the Court with sufficient information to conclude that there are bona fide disputes between the Parties, including regarding whether Plaintiff was misclassified as an exempt employee, and thus paid improperly under the Fair Labor Standards Act ("FLSA") 29 U.S.C. § 201, et seq.

2.  The Parties have provided the Court with sufficient information to conclude that the Parties' proposed settlement "reflect[s] a reasonable compromise over issues, such as FLSA exemption classification or computation of alleged unpaid wages, that are actually in dispute." *See Lane v. Ko-Me, LLC,* 2011 U.S. Dist. LEXIS 97870 (D. Md. 2011) (citing *Lynn's Food Stores, Inc. v. United States,* 679 F.2d 1350, 1354 (11th Cir. 1982)).

3. In addition, the settlement agreement represents a fair and reasonable resolution of *bona fide* disputes under the FLSA according to the factors that have been cited in other actions before the District Court. *See Lane*, 2011 U.S. Dist. LEXIS 97870, *3-5.

4. The Court finds that the settlement was the product of arms' length negotiations between counsel for the Parties, who are experienced in the field of FLSA litigation.

5. Plaintiff's request for $8,472.20 in attorneys' fees and costs is reasonable and approved by the Court.

WHEREFORE, this Court hereby Orders that the Joint Motion for Judicial Approval of Settlement be and is hereby **GRANTED**, the Settlement is **APPROVED**, and this case is **DISMISSED WITH PREJUDICE**.

6 June 2022
Date

_____
The Honorable A. David Copperthite
United States Magistrate Judge

4855-9071-3890, v. 1